# EXHIBIT "B"

## DLA PIPER LLP (US) – FIRM BILLING RATES

| Timekeeper | Title | Firm Year | Location | PG/Department | 2009 Rate | 12% Discount |
|---|---|---|---|---|---|---|
| Denniston, Karol K. | Partner | 1985 | Los Angeles | Finance / Restructuring | $835.00 | $735.00 |
| Nassiri, Jennifer L. | Associate | 2001 | Los Angeles | Finance / Restructuring | $565.00 | $497.00 |
| Choi, Jacquelyn H. | Associate | 2005 | Los Angeles | Finance / Restructuring | $455.00 | $400.00 |
| Collins, Brendan P. | Associate | 2008 | Los Angeles | Finance / Restructuring | $325.00 | $286.00 |
| Johnson, Natasha L. | Associate | 2008 | Los Angeles | Finance / Restructuring | $325.00 | $286.00 |
| Clark, Bambi | Paralegal | -- | Los Angeles | Finance / Restructuring | $270.00 | $238.00 |